UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DMITRY YANUSHKEVICH,<br><br>        Plaintiff,<br><br>    v.<br><br>FRY'S ELECTRONICS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-04830-BLF<br><br>**ORDER RE BRIEFING ON MOTION TO COMPEL SITE INSPECTION** |

On March 26, 2016, Plaintiff filed a Notice of Motion and Motion for Administrative Relief from the Court's Scheduling Order and to Compel Site Inspection. *See* ECF 16. The caption of the motion reflects a hearing date of July 28, 2016 before the undersigned. *See id.* Defendant Fry's Electronics, Inc. filed an opposition brief on March 30, 2016, which offers substantive argument but also complains that Fry's was given only two court days to respond. Given the confusion caused by Plaintiff's filing of a noticed motion which was captioned as an administrative motion, the Court will extend the deadlines for opposition and reply briefs.

Defendant may file a *substitute* opposition brief, replacing its current opposition brief in its entirety, on or before May 12, 2016.

Plaintiff may file a reply brief on or before May 19, 2016.

The matter remains set for hearing on July 28, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 28, 2016

                                                                                  _____
BETH LABSON FREEMAN
United States District Judge