ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 N. Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for DMITRY YANUSHKEVICH, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DMITRY YANUSHKEVICH,<br>　　　　　Plaintiff,<br>　　v.<br>FRY'S ELECTRONICS, INC., a California corporation d/b/a FRY'S ELECTRONICS;<br>　　　　　Defendants. | Case No. 15-4830-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff DMITRY YANUSHKEVICH ("Plaintiff") and Defendant FRY'S ELECTRONICS, INC., a California corporation d/b/a FRY'S ELECTRONICS (collectively "Defendant"), that this action shall be dismissed with prejudice. The parties shall bear his/its own attorneys' fees and costs. The parties request that the Court retain jurisdiction over enforcement of the terms of the SETTLEMENT AGREEMENT AND RELEASE IN FULL executed by Plaintiff and Defendant and approved by their respective attorneys.

Respectfully submitted,

Dated: September 8, 2017         */s/ Irakli Karbelashvili*
                                 Irakli Karbelashvili, Attorney for
                                 Plaintiff DMITRY YANUSHKEVICH


Dated: September 9, 2017         */s/ Samuel Phillips*
                                 Samuel Phillips, Attorney for
                                 Defendant FRY'S ELECTRONICS, INC.


**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on, I, Irakli Karbelashvili, received the concurrence of counsel for Defendant in the filing of this document.

By:   */s/ Irakli Karbelashvili*
      IRAKLI KARBELASHVILI

**[PROPOSED] ORDER**

Having reviewed the stipulation between Plaintiff DMITRY YANUSHKEVICH and Defendant FRY'S ELECTRONICS, INC., a California corporation d/b/a FRY'S ELECTRONICS, and good cause having been shown, this action is dismissed with prejudice. Each side shall bear his/its own attorneys' fees and costs. The Court retains jurisdiction over enforcement of the terms of the SETTLEMENT AGREEMENT AND RELEASE IN FULL.

**IT IS SO ORDERED.**

Dated: _____

*/s/ Beth Labson Freeman*
United States District Judge